Sterling Lee #489-293
ECI
30420 Revells Neck Rd.
Westover, MD 21890

FILED ___ ENTERED
LOGGED ___ RECEIVED

SEP 3 2024

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

New Prisoner

Clerk of Court
U.S. District Court
101 W. Lombard St.
Baltimore, MD 21201

LEGAL

